UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Deutsche Bank National Trust Company, as trustee of Argent Mortgage Securities, Inc. Asset Backed Pass Through Certificates, Series 2006-W3 under the Pooling and Servicing Agreement Dated as of March 1, 2006, Without Recourse c/o AMC Mortgage Services**
**P.O. Box 11000**
**Santa Ana, California  92711**

      **Plaintiff**

  vs.

**Clayborne Moore, Jr.**
**3478 West 45th Street**
**Cleveland, OH 44102**

**Unknown Spouse (if any) of**
**Clayborne Moore, Jr.**
**3478 West 45th Street**
**Cleveland, OH 44102**

      **Defendants.**

Case No. _____

Judge _____

**COMPLAINT FOR FORECLOSURE**

**Jurisdiction and Venue**

1.    Jurisdiction is founded on 28 U.S.C. Section 1332(a)(1). The citizenship of the parties is diverse and the amount in controversy exceeds the jurisdictional requirement. Plaintiff is a Nationally Chartered Bank, with its principal place of business in Los Angeles, California. None of the defendants is a citizen of California. Venue is proper in the Northern District of Ohio, Eastern Division as the real property which is the subject of this action is located in this district.

**Background**

2. Clayborne Moore, Jr. executed the promissory note attached to this Complaint as Exhibit A (the "Note").

3. Attached hereto as Exhibit B is a validly executed mortgage (the "Mortgage") that was executed in connection with the execution of the Note. The parties to the Mortgage intended that it attach to the entire fee simple interest in the property.

4. The Note is in default because payments required to be made under the terms of the Note and Mortgage have not been made. As a result, covenants in the Mortgage have not been performed. Notice of default was given to the borrower under the terms of the Note, and the Note was properly accelerated. A written notice was sent to the borrower at the property address, or their last known address, informing them that they are in default under the Note and that if they do not pay the overdue amount by a certain date they will be required to pay the full amount of unpaid principal plus all interest on the unpaid principal plus costs and expenses. The deadline for the payment of the overdue amount passed without payment being made.

5. The Mortgage was filed December 23, 2005, recorded at Official Instrument Number 200512230217, Recorder's Office, Cuyahoga County, Ohio.

6. The Mortgage conveys to Plaintiff an interest in the following property (the "Property"):

    Situated in the City of Cleveland, County of Cuyahoga and State of Ohio:

    And known as being Sublot No. 139 in Plaisted and Tousley's Subdivision of part of Original Brooklyn Township Lot No. 46 as shown by the recorded plat of said Subdivision in Volume 4 of Maps, page 58 of Cuyahoga County Records, said Sublot No. 139 has a frontage of 37 feet on West 45th Street S.W. and extends back of equal width 100 feet deep, as per plat of said Subdivision recorded in Volume 4 of Maps, page 58 of Cuyahoga County Records, as appears by said plat, be the same more or less, but subject to all legal highways.

7. A title examination reveals that the other persons named as defendants in this action may

also have or claim an interest in the Property. The Preliminary Judicial Report attached to this Complaint as Exhibit C explains why these defendants may have or claim an interest in the Property.

## COUNT ONE

8. Plaintiff incorporates each of the preceding allegations into Count One by reference.

9. Plaintiff is the owner and holder of the Note.

10. Because the Note has been accelerated and is in default, Plaintiff is entitled to judgment against Clayborne Moore, Jr. for principal in the amount of $76,284.08, plus interest on the outstanding principal balance at the variable rate as set forth in the Note from September 1, 2006, plus late charges, plus advances made for the payment of taxes, assessments, insurance premiums, or costs incurred for the protection of the mortgaged premises under Section 5301.233 of the Ohio Revised Code.

## COUNT TWO

11. Plaintiff incorporates each of the preceding allegations into Count Two by reference.

12. The Mortgage is a valid and subsisting first lien on the Property, subject only to any lien that may be held by the County Treasurer.

13. Plaintiff is the owner and holder of the Mortgage and is entitled to foreclose the Mortgage.

## PRAYER FOR RELIEF

14. Plaintiff prays for the following relief:

    • judgment against Clayborne Moore, Jr. in the amount of $76,284.08, plus interest on outstanding principal balance due at the variable rate as set forth in the Note from September 1, 2006, plus late charges, plus advances made for the payment of taxes, assessments, insurance premiums, or costs incurred for the protection of

      the mortgaged premises under Section 5301.233 of the Ohio Revised Code;

- a finding that the Mortgage is a valid and subsisting first lien on the Property, subject only to any lien that may be held by the County Treasurer;

- an order (1) foreclosing the equity of redemption and dower of all defendants named in this action, (2) requiring that the Property be sold free and clear of all liens, interests, and dower, (3) requiring all defendants to set up their liens or interest in the Property or be forever barred from asserting such liens or interests, (4) requiring that the proceeds of the sale of the Property be applied to pay all amounts due Plaintiff under the Note, and (5) granting Plaintiff all other relief, legal and equitable, as may be proper and necessary, including, for example, a writ of possession.

                                              Respectfully submitted,

                                             /s/  Kevin L. Williams  
                                            Kevin L. Williams (0061656)  
                                            Manley Deas Kochalski LLC  
                                            P. O. Box 165028  
                                            Columbus, OH  43216-5028  
                                            Telephone: 614-222-4921  
                                            Fax:  614-220-5613  
                                            Email: klw-f@mdk-llc.com  
                                            Attorney for Plaintiff