UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **Deutsche Bank National Trust Company, as trustee of Argent Mortgage Securities, Inc. Asset Backed Pass Through Certificates, Series 2006-W3 under the Pooling and Servicing Agreement Dated as of March 1, 2006, Without Recourse**  　　　　**Plaintiff,**  　　vs.  **Clayborne Moore, Jr., et al.**  　　　　**Defendants.** | Case No. 1:07-cv-3504  Judge Christopher A. Boyko  **MOTION TO DISMISS PLAINTIFF'S CLAIMS UNDER RULE 41(A)(2)** |

　　　　Plaintiff moves for an order dismissing its claims under Ohio R. Civ. P. 41(a)(2). Plaintiff seeks an order dismissing its claims at Plaintiff's costs for the following reason:  Plaintiff has elected not to continue prosecuting this action at this time.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　 /s/  Kevin L. Williams
　　　　　　　　　　　　　　　　　　　　Kevin L. Williams (0061656)
　　　　　　　　　　　　　　　　　　　　Manley Deas Kochalski LLC
　　　　　　　　　　　　　　　　　　　　P. O. Box 165028
　　　　　　　　　　　　　　　　　　　　Columbus, OH  43216-5028
　　　　　　　　　　　　　　　　　　　　Telephone: 614-222-4921
　　　　　　　　　　　　　　　　　　　　Fax:  614-220-5613
　　　　　　　　　　　　　　　　　　　　Email: klw-f@mdk-llc.com
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

E11

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 11, 2008, a copy of the foregoing Motion to Dismiss Plaintiff's Claims Under Rule 41(a)(2) was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by ordinary U.S. Mail. Parties may access this filing through the Court's system.

| | |
|---|---|
| Clayborne Moore, Jr. | Unknown Spouse (if any) of Clayborne Moore, Jr. |
| 3478 West 45th Street | 3478 West 45th Street |
| Apt DN | Apt DN |
| Cleveland, OH 44102 | Cleveland, OH 44102 |

 /s/ Kevin L. Williams
Kevin L. Williams