UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Deutsche Bank National Trust Company, trustee of Argent Mortgage Securities, Inc. Asset Backed Pass Through Certificates, Series 2006-W3 under the Pooling and Servicing Agreement Dated as Of March 1, 2006, Without Recourse | ) ) ) ) ) ) ) | Case No. 1:07-cv-3504  Judge Christopher A. Boyko |
| Plaintiff, | ) ) ) | ORDER DISMISSING  PLAINTIFF'S CLAIMS |
| vs. | | |
| Clayborne Moore, Jr., et al. | | |
| Defendants. | | |

UNITED STATES DISTRICT JUDGE CHRISTOPHER A. BOYKO

This matter is before the Court on Plaintiff's motion for an order dismissing its claims under Ohio R. Civ. P. 41(a)(2).

The Court GRANTS Plaintiff's motion and enters the following order:

Plaintiff's claims are dismissed without prejudice at Plaintiff's costs.

IT IS SO ORDERED.

                                                S/Christopher A. Boyko
                                                Christopher A. Boyko
                                                UNITED STATES DISTRICT JUDGE

January 16, 2008